IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>           Plaintiff,<br><br>    v.<br><br>Howard McCulloch, Individually and as Trustee of the Katherine McCulloch Bird Trust, dated 4/24/70,<br><br>           Defendant. | 2:11-cv-00985-GEB-GGH<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

        Plaintiff's Status Report filed July 18, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on August 1, 2011 is continued to October 31, 2011 at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve within this

1

1 | prescribed period in a filing due no later than 4:00 p.m. on August 15,
2 | 2011.
3 |       IT IS SO ORDERED.
4 | Dated: July 21, 2011

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge